

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00292-CR

---

JOE LUIS BRAVO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 6147, Honorable Kimberly Allen, Presiding

---

December 27, 2023

## MEMORANDUM OPINION

### Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Joe Luis Bravo, appeals his conviction for aggravated sexual assault[1] and sentence of thirty-five years' confinement. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of

---

[1] *See* TEX. PENAL CODE ANN. § 22.021.

the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.